UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Victor M Hernandez, II

                Plaintiff(s),

      v.

Rickenbacker Group, Inc., et al,

                Defendant(s).

CASE NO. CV 09 3970 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐ Non-binding Arbitration (ADR L.R. 4)
    ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ✔ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ☐ Private ADR (*please identify process and provider*)

The parties agree to hold the ADR session by:
    ✔ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐ other requested deadline

Dated: February 4, 201                        Mark F. Anderson
                                                    Attorney for Plaintiff

Dated: January 20, 201                       June D. Coleman
                                                    Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ✔ Mediation
- ☐ Private ADR

Deadline for ADR session
- ✔ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: February 22, 2010

_____
UNITED STATES DISTRICT JUDGE

Page Two to Stipulation & Order Selecting ADR Process, *Hernandez v Rickenbacker Group, Inc., No CV 09 3970 JW*—Defense Counsel

Dated: January 20, 2010.

/s/Eric J. Hardeman
JONES DAY
3161 Michelson Drive, Ste 800
Irvine, CA 92612
Phone: (949) 851-3939
Fax: (949) 553-7530
email: ejhardeman@jonesday.com
Attorneys for Experian Information Solutions, Inc.

Stip & Order for ADR, *Hernandez v Rickenbacker Group*

1