1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES  DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

VICTOR M. HERNANDEZ,
         Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,
         Defendants.
_____/

No. C 09-3970 JW

**ORDER GRANTING REQUEST TO
EXCUSE DEFENDANT EXPERIAN
INFORMATION SOLUTIONS, INC.'S
CORPORATE REPRESENTATIVE
ABRIL TURNER FROM
PERSONALLY ATTENDING THE
MEDIATION SESSION**

Date:       May 4, 2010
Mediator:   Michael Timpane

IT IS HEREBY ORDERED that the request for defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, to be excused from personally attending the May 4, 2010, mediation session before Michael Timpane is GRANTED.  Ms. Turner shall be available to participate in the mediation session by telephone at all times pursuant to ADR L.R. 6-10(f).

The Court further notes that defendant Experian's request was improperly filed, rather than being submitted directly to the ADR Magistrate Judge, and does not make an adequate showing of an extraordinary or otherwise unjustifiable hardship, as required by ADR L.R. 6-10(d). Nonetheless, in this instance the request is being granted due to the proximity of the mediation session and the lack of objections.

Counsel for defendant Experian is ADMONISHED that, in the future, all requests pursuant to

ADR L.R. 6-10(d) shall be timely submitted in strict compliance with the provisions of the ADR Local Rules.

IT IS SO ORDERED.

April 30, 2010 _____     By:     _____ *Elizabeth D. Laporte* _____
Dated

Elizabeth D. Laporte
United States Magistrate Judge