1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10  Victor Hernandez,                     NO. C 09-03970 JW

11             Plaintiff,                  **ORDER TO SHOW CAUSE**
        v.                                 **RE: SETTLEMENT**
12
    Rickenbacker Group, Inc. et al.,
13
             Defendants.
14  _____/

15       On May 7, 2010, Michael Timpane, Mediator, filed a Certification of Mediation informing

16  the Court that the above-entitled matter has reached a settlement.  (See Docket Item No. 21.)  In

17  light of the settlement, the Court vacates all trial and pretrial dates.  On or before **June 11, 2010**, the

18  parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

19       If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

20  4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 21, 2010 at 9**

21  **a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P.

22  41(b).  On or before **June 11, 2010**, the parties shall file a joint statement in response to the Order to

23  Show Cause.  The joint statement shall set forth the status of the activities of the parties for

24  finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

25  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

26  vacated.

27

28

**United States District Court**
For the Northern District of California

1          Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2    this action.

3

4    Dated:  May 21, 2010

                             JAMES WARE

5                                 United States District Judge

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Eric John Hardeman ejhardeman@jonesday.com
June D. Coleman jcoleman@kmtg.com

3

Mark F. Anderson mark@aoblawyers.com

4

5

**Dated:  May 21, 2010**                          **Richard W. Wieking, Clerk**

6

7

**By:  _____/s/ JW Chambers_____**
        **Elizabeth Garcia**
        **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28