Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, California 94108
Telephone: (415) 651-1951
Fax: (415) 956-3233
Email: mark@aoblawyers.com

Attorneys for Plaintiff Victor M. Hernandez, II

**IT IS SO ORDERED**
Judge James Ware
6/16/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. HERNANDEZ, II )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICKENBACKER GROUP, INC., a California )<br>corporation dba Rickenbacker Collection Services, )<br>EXPERIAN INFORMATION SOLUTIONS, INC, )<br>a Ohio corporation; )<br>)<br>Defendants. )<br>) | Case No. CV 09 3970 JW<br>STIPULATION FOR DISMISSAL |

   WHEREAS, Plaintiffs Victor M Hernandez, II ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") and Defendant Rickenbacker Group, Inc. ("Rickenbacker") have reached an agreement to settle all of Plaintiff's claims against Experian and Rickenbacker, it is hereby STIPULATED that Plaintiff's claims against Experian and Rickenbacker in this action are dismissed with prejudice, with each party to bear its own costs. The Clerk shall close this file.

Dated: June 6, 2010.

                              /s/ Mark F. Anderson
                              Mark F. Anderson
                              Anderson, Ogilvie & Brewer LLP
                              600 California St, 18th Floor
                              San Francisco, CA 94108
                              Phone: (415) 651-1951
                              Fax: (415) 956-3233
                              email: mark@aoblawyers.com
                              Attorney for Plaintiff Norman V. Gomes, Jr.

Stipulation for Dismissal, Hernandez v Rickenbacker, No C 09-03970 JW                                 1

Dated: June 6, 2010.

        /s/ Eric J. Hardeman
Eric J. Hardeman
JONES DAY
3161 Michelson Drive, Ste 800
Irvine, CA 92612
Phone: (949) 851-3939
Fax: (949) 553 7539
email: ejhardeman@jonesday.com

Attorneys for Defendant Experian Information Solutions, Inc.

Dated:  June 6, 2010

        /s/ June D. Coleman
June D. Coleman
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD LLP
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Phone: (916) 321-4500
Fax: (916) 321-4555
Email: jcoleman@kmtg.com

Attorneys for Defendant Rickenbacker Group, Inc.